# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Chase Gelakoski,<br>*on behalf of himself and all others similarly situated*,<br><br>             Plaintiff,<br><br>v.<br><br>Integrity Financial Partners, Inc.,<br>*a foreign corporation,*<br><br>             Defendant. | **COURT FILE NO.: 10-CV-1351**<br><br><br>**ORDER** |

The Stipulation, having been presented to the Court on behalf of the above parties, [Doc. # 14], **IT IS ORDERED** that the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

                                        **BY THE COURT:**


Dated: October 15, 2010                s/Michael J. Davis
                                       Michael J. Davis
                                       Chief Judge
                                       United States District Court